**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Jason Halvorson, *on behalf of himself and all others similarly situated*,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MNGI Digestive Health, P.A.,<br><br>　　　　　　Defendant. | Civil No. 24-2851 (DWF/DJF)<br><br>**ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

Based upon the Notice of Voluntary Dismissal filed by the Plaintiff on August 8, 2024, (Doc. No. [7]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated: August 8, 2024　　　　　　　　　s/Donovan W. Frank
　　　　　　　　　　　　　　　　　　　DONOVAN W. FRANK
　　　　　　　　　　　　　　　　　　　United States District Judge